JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY E. GIVENS AND GILBERT A. GIVENS,<br><br>        Plaintiff,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATION, a Delaware corporation; AEGIS MORTGAGE CORPORATION, a Delaware corporation; COMMONWEALTH LAND TITLE, a Delaware corporation; AURORA LOAN SERVICES LLC, a Delaware limited liability company; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; CLEAR RECON CORP., a California corporation; RICHARD COMPTON, an individual; CAMERON WILLIAMSON, an individual; KENNETH W. DEEDE, an individual; C. HOY, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-03571-JFW-AS<br><br>**JUDGMENT OF DISMISSAL**<br><br>Complaint Filed:   April 8, 2014<br>Removed:           May 8, 2014<br>Trial:                 May 5, 2015 |

1  On August 28, 2014, the Court granted the motion for judgment on the pleadings relating to plaintiffs Kathy E. Givens and Gilbert A. Givens' (**plaintiffs**) complaint filed by defendants Aurora Loan Services LLC, Nationstar Mortgage LLC, and Mortgage Electronic Registration Systems, Inc. (collectively **defendants**). [*See* ECF Docket No. 31]. Therefore, for good cause appearing,

It is ORDERED, ADJUDGED and DECREED that JUDGMENT is hereby entered in favor of defendants and against plaintiffs, dismissing plaintiffs' complaint and this action with prejudice.

Dated: September 8, 2014

_____
Judge John F. Walter